## WILLIAM L. WALLEN

### *v.*

## E. A. CUMMINGS.

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Wallen* v. *Moore*, (*ante*, p. 190.)

*Wallen* v. *Cummings*, 88 Ill. App. 45, affirmed.

APPEAL from the Branch Appellate Court for the First District;—heard in that court on appeal from the Superior Court of Cook county; the Hon. FARLIN Q. BALL, Judge, presiding.

GEORGE E. LEONARD, for appellant.

ULLMANN & HACKER, for appellee.

Per CURIAM: The questions for decision in this case are the same as those decided in *Wallen* v. *Moore*, (*ante*, p. 190.) That decision must control this. The judgment of the Appellate Court will accordingly be affirmed.

*Judgment affirmed.*